UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUDICIAL WATCH, INC. )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF )<br>TRANSPORTATION )<br>  Defendant. )<br>) | Civil No. 12-0324 (RCL) |

## ORDER

Before the Court are the defendant's Motion [10] for Summary Judgment; the plaintiff's Cross-Motion and Opposition [13] thereto, the defendant's Reply and Opposition [17], and the plaintiff's Reply [18]. For the reasons explained in the accompanying Memorandum Opinion issued this date, it is hereby

**ORDERED** that defendant's motion is **GRANTED**; and it is further

**ORDERED** that plaintiff's motion is **DENIED**.

Summary Judgment is hereby entered for defendant, and this case stands **DISMISSED** with **PREJUDICE**.

**IT IS SO ORDERED**.

Signed by Royce C. Lamberth, Chief Judge, on June 24, 2013.